**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRAHULIO NOVALEZ,** : | **CIVIL ACTION** |
| *Plaintiff,* : | |
| : | |
| **v.** : | |
| : | |
| **BRIAN REYNOLDS, et al.,** : | |
| *Defendants.* : | **NO. 17-cv-01128** |

## O R D E R

**AND NOW,** this **11th** day of **April 2024**, after review of the docket and due to Plaintiff Brahulio Novalez's failure to comply with the Court's past three Orders (ECF Nos. 6, 12, 13), it is hereby **ORDERED** that:

1. The case is **DISMISSED WITH PREJUDICE** for failure to prosecute.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**